(Official Form B1, P1, 9-01)

| UNITED STATES BANKRUPTCY COURT | Southern DISTRICT OF New York | Voluntary Petition |
|---|---|---|

| Name of Debtor (If individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| Krasnoperov, Igor | Balachova, Eiguenia |
| All Other Names used by debtor in the last 6 years (include married, maiden and trade names): | All Other Names used by the joint debtor in the last 6 years (include married, maiden and trade names): |
| Soc. Sec./Tax I.D. No. (If more than one, state all): ***-**-2107 | Soc. Sec./Tax I.D. No. (If more than one, state all): ***-**-0854 |
| Street Address of Debtor (No. and street, city, state, zip): 1387 Route 82 Hopewell Junction, New York 12533-3302 | Street Address of Joint Debtor (No. and Street, City, State, Zip Code): 1387 Route 82 Hopewell Junction, New York 12533-3302 |
| County of Residence or of the Principal Place of Business: Westchester | County of Residence or of the Principal Place of Business: Westchester |
| Mailing Address of Debtor (If different from street address): 3199 Albany Post Road, Suite 231 Buchanan, New York 10511-1641 | Mailing Address of Joint Debtor (If different from street address): 3199 Albany Post Road, Suite 231 Buchanan, New York 10511-1641 |
| Location of Principal Assets of Business Debtor (If different from addresses listed above) | 3199 Albany Post Road, Suite 231 Buchanan, New York 10511-1641 |

## Information Regarding the Debtor  (Check the Applicable Boxes)

Venue: (Check any applicable box)
- [x] Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

**Type of Debtor** (Check all applicable box)
- [x] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Sec. 304-Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- [x] Consumer/Non-business
- [ ] Business

**Chapter 11, Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
- [x] Filing fee attached.
- [ ] Filing fee to be paid in installments. (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Offical Form No.3.

| Statistical/Administrative Information (Estimates Only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

Estimated Assets (Check one box)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

Estimated Debts (Check one box)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |



**Official Form B1 P2, 9-01**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Krasnoperov, Igor |

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: None | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: None | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

x  **s/Igor Krasnoperov**
   Signature of Debtor

x  **s/Eiguenia Balachova**
   Signature of Joint Debtor

   Telephone Number (if not represented by attorney)
   Date: 10/5/05

### Signature of Attorney

x  **s/Jeffrey M. Rosenblum**
   Signature of Attorney for Debtor(s)
   **Jeffrey M. Rosenblum**
   Printed Name of Attorney for Debtor(s)
   **Jeffrey M. Rosenblum, P.C.**
   Firm Name
   **98 Cutter Mill Road, Suite 384N**
   Address
   **Great Neck, New York 11021-3066**

   **516-829-4700**
   Telephone Number
   Date: 10/5/05

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that (he or she) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

x  **s/Jeffrey M. Rosenblum      10/5/05**
   Signature of Attorney for Debtor(s)      Date

### EXHIBIT C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☐ No

### Signature(s) of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

x _____
   Signature of Authorized Individual

_____
   Print or Type Name of Authorized Individual

_____
   Title of Authorized Individual by Debtor to File this Petition
   Date:

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
   Printed Name of Bankruptcy Petition Preparer

_____
   Social Security Number

_____
   Address

_____

Names and Social Security numbers of all other Individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

x _____
   Signature of Bankruptcy Petition Preparer
   Date:

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11U.S.C. § 110; 18 U.S.C. §156.

3092 Clerk's Notice, W(4-96)

# United States Bankruptcy Court
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S)

The purpose of this notice is to acquaint you with the four chapters of the
federal Bankruptcy Code under which you may file a bankruptcy petition. The
bankruptcy law is complicated and not easily described. Therefore, you
should seek the advice of an attorney to learn of your rights and
responsibilities under the law should you decide to file a petition with the
court. Court employees are prohibited from giving you legal advice.

**Chapter 7: Liquidation ($155.00 filing fee plus $30.00 administrative fee plus $15.00 trustee surcharge)**

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law, Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155.00 filing fee plus $30.00 administrative fee)**

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

**Chapter 11: Reorganization ($800.00 filing fee plus $30.00 administrative fee)**

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family farmer ($200.00 filing fee)**

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family owned farm.

I, the debtor, affirm that I have read this notice.

| | s/Igor Krasnoperov | |
|---|---|---|
| Date | Signature of Debtor | Case Number |

Form B6 SUM W (11-95)

# UNITED STATES BANKRUPTCY COURT   Southern DISTRICT OF New York

In re:  Krasnoperov, Igor
       Balachova, Eiguenia                    Debtor(s)   Case No.              (if known)

See summary below for the list of schedules.  Include Unsworn Declaration under Penalty of Perjury at the end.

GENERAL INSTRUCTIONS:  Schedules D, E and F have been designed for the listing of each claim only once.  Even when a claim is secured only in part, or entitled to priority only in part, it still should be listed only once.  A claim which  is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed in Schedule E only.  Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I and  J in  the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (Yes/No) | Number of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | X | 1 | 595,000.00 | | |
| B - Personal Property | X | 5 | 72,712.00 | | |
| C - Property Claimed as Exempt | X | 3 | | | |
| D - Creditors Holding Secured Claims | X | 1 | | 623,268.00 | |
| E - Creditors Holding Unsecured Priority Claims | X | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | X | 10 | | 620,268.00 | |
| G - Executory Contracts and Unexpired Leases | X | 1 | | | |
| H - Codebtors | X | 1 | | | |
| I - Current Income of Individual Debtor(s) | X | 1 | | | 7,700.00 |
| J - Current Expenditures of Individual Debtor(s) | X | 1 | | | 8,016.00 |
| Total Number of Sheets of All Schedules | | 25 | | | |
| Total Assets | | | 667,712.00 | | |
| Total Liabilities | | | | 1,243,536.00 | |

**Form B6 A W (12-95)**

In re:  Krasnoperov, Igor                                    Debtor(s)    Case No.                    (if known)
        Balachova, Eiguenia

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| one family house 1387 Route 82 Hopewell Junction NY 12533 | Fee Interest | H | 595,000.00 | 589,160.00 |
| | | | | |
| | | Total -> | 595,000.00 | (Report also on Summary of Schedules) |

Form B6 B W (11-95)

In re: Krasnoperov, Igor                          Debtor(s)  Case No.              (if known)
        Balachova, Eiguenia

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1  Cash on hand | X | | | |
| 2  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account Acct # ****5832 Citibank | J | 100.00 |
| | | Checking  Account Acct # ******2506 Hudson Valley Bank | H | 100.00 |
| 3  Security Deposits with public utilities, telephone companies, landlords and others. | X | | | |
| 4  Household goods and furnishings including audio, video, and computer equipment. | | Household Goods & Furnishings 1387 Route 82 Hopewell Junction NY 12533 | J | 2,500.00 |
| 5  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6  Wearing apparel. | | Wearing Apparel 1387 Route 82 Hopewell Junction NY 12533 | H | 500.00 |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)       Total ->     $

_____ X _____ continuation sheets attached

**Form B6 B W (11-95)**

In re: Krasnoperov, Igor          Debtor(s)   Case No.          (if known)
       Balachova, Eiguenia

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Wearing Apparel<br>1387 Route 82<br>Hopewell Junction NY 12533 | W | 500.00 |
| 7   Furs and jewelry. | | Wedding Ring | H | 100.00 |
| | | Wedding Ring | W | 100.00 |
| 8   Firearms and sports, photographic and other hobby equipment. | X | | | |
| 9   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Metropolitian Life Insurance Policy #201034398UM Face Amount $750,000 | H | 19,558.00 |
| | | Principal Financial Group Life Insurance Policy #6465744 Face Amount $172,321 | H | 5,401.00 |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)   Total -> $

_____X_____   continuation sheets attached

Form B6 B W (11-95)

In re: Krasnoperov, Igor          Debtor(s)  Case No.          (if known)
        Balachova, Eiguenia

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10  Annuities. Itemize and name each issuer. | X | | | |
| 11  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | MetLife IRA<br>Acct #078322692AB | H | 11,853.00 |
| 12  Stock and interest in incorporated and unincorporated businesses. Itemize. | | 100% ownership interest in<br>Executive Van Lines, Inc. | H | 0.00 |
| | | 100% ownership interest in<br>Executive Moving & Storage, Inc. | H | 0.00 |
| | | 100% ownership interest in<br>Rising Star Realty & Property<br>Management, Inc. | H | 0.00 |
| | | 100 % ownership interest in<br>Moving Up Moving and Storage, Inc.<br>dissolved 2003. | W | 0.00 |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)   Total ->   $

_____X_____   continuation sheets attached

Form B6 B W (11-95)

In re: Krasnoperov, Igor                         Debtor(s)  Case No.                    (if known)
        Balachova, Eiguenia

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13  Interest in partnerships or joint ventures. Itemize. | X | | | |
| 14  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15  Accounts receivable. | X | | | |
| 16  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17  Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19  Contingent and non-contingent interests in estate of a descendent, death benefit plan, life insurance policy or trust. | X | | | |
| 20  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor and rights to setoff claims. Give estimated value of each. | X | | | |
| 21  Patents, copyrights, and other general intellectual property. Give particulars. | X | | | |
| 22  Licenses, franchises, and other general intangible. Give particulars. | X | | | |
| 23  Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Hummer H2 (44,000 miles) | H | 32,000.00 |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)   Total ->   $

_____X_____  continuation sheets attached

Blumberg's Law Products
Established 1887
Form B6 B W (11-95)

Blumberg Excelsior, Inc. (800) 221-0811

In re:  Krasnoperov, Igor                                      Debtor(s)  Case No.                    (if known)
        Balachova, Eiguenia

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24  Boats, motors, and accessories. | X | | | |
| 25  Aircraft and accessories. | X | | | |
| 26  Office equipment, furnishings, and supplies. | X | | | |
| 27  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28  Inventory. | X | | | |
| 29  Animals. | X | | | |
| 30  Crops-growing or harvested. Give particulars. | X | | | |
| 31  Farming equipment and implements. | X | | | |
| 32  Farm supplies, chemicals and feed. | X | | | |
| 33  Other personal property of any kind not already listed. Itemize. | X | | | |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)          Total ->   $      72,712.00

_____  continuation sheets attached

**Form B6 C W (11-95)**

In re: Krasnoperov, Igor
        Balachova, Eiguenia                                        Debtor(s)    Case No.                    (if known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one Box).

☐ 11 U.S.C. § 522(b)(1):  Exemptions provided in 11 U.S.C.§ 522(d).  Note:  These exemptions are available only in certain states.

☑ 11 U.S.C. § 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| one family house<br>1387 Route 82<br>Hopewell Junction NY 12533 | CPLR § 5206(a) Homestead | 50,000.00 | 595,000.00 |
| Household Goods & Furnishings<br>1387 Route 82<br>Hopewell Junction NY 12533 | CPLR § 5205(a)(5) Wearing Apparel, Household Furniture, Refrigerator, Radio, TV, Crockery, Tableware and Cooking Utensils. | 2,500.00 | 2,500.00 |
| Wearing Apparel<br>1387 Route 82<br>Hopewell Junction NY 12533 | CPLR § 5205(a)(5) Wearing Apparel, Household Furniture, Refrigerator, Radio, TV, Crockery, Tableware and Cooking Utensils. | 500.00 | 500.00 |
| Wearing Apparel<br>1387 Route 82<br>Hopewell Junction NY 12533 | CPLR § 5205(a)(5) Wearing Apparel, Household Furniture, Refrigerator, Radio, TV, Crockery, Tableware and Cooking Utensils. | 500.00 | 500.00 |

Form B6 C W (11-95)

In re: Krasnoperov, Igor
Balachova, Eiguenia                    Debtor(s)  Case No.                    (if known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one Box).

☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C.§ 522(d).  Note:  These exemptions are available only in certain states.

☐ 11 U.S.C. § 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Wedding Ring | CPLR § 5205(a)(6) Wedding Ring | 100.00 | 100.00 |
| Wedding Ring | CPLR § 5205(a)(6) Wedding Ring | 100.00 | 100.00 |
| Metropolitian Life Insurance Policy #201034398UM Face Amount $750,000 | CPLR § 5205(i) Life Insurance | 19,558.00 | 19,558.00 |
| Principal Financial Group Life Insurance Policy #6465744 Face Amount $172,321 | CPLR § 5205(i) Life Insurance | 5,401.00 | 5,401.00 |

**Form B6 C W (11-95)**

In re: Krasnoperov, Igor                                    Debtor(s)  Case No.                    (if known)
    Balachova, Eiguenia

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one Box).

☐ 11 U.S.C. § 522(b)(1):  Exemptions provided in 11 U.S.C.§ 522(d).  Note:  These exemptions are available only in certain states.

☑ 11 U.S.C. § 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| MetLife IRA Acct #078322692AB | CPLR § 5205(c)(2) Individual Retirement Account | 11,853.00 | 11,853.00 |
| 2003 Hummer H2 (44,000 miles) | N.Y. Debt. & Cred. Law § 282(iii)(1) Motor Vehicles | 2,400.00 | 32,000.00 |

Blumberg's Law Products    Blumberg's Law Products    Established 1887    Form B6 D W (11-95)

In re: Krasnoperov, Igor
       Balachova, Eiguenia                           Debtor(s)    Case No.                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DEBT | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTON AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | C U D * |
|---|---|---|---|---|---|---|
| A/C #<br><br>CITIBANK / CCSI<br>BANKRUPTCY DEPT<br>PO BOX 20487<br>KANSAS CITY MO 64195-9904 | | J | VALUE $      100.00<br>Line of Credit - "Checking Plus" | 1,000.00 | 0.00 | |
| A/C #  49050202<br><br>COUNTRYWIDE HOME LOANS<br>400 COUNTRYWIDE WAY<br>SV36<br>SIMI VALLEY CA 93065 | | H | VALUE $    595,000.00<br>First Mortgage on premises located at<br>1387 Route 82<br>Hopewell Junction NY 12533 | 453,410.00 | 0.00 | |
| A/C #  096809595<br><br>COUNTRYWIDE HOME LOANS<br>400 COUNTRYWIDE WAY<br>SV36<br>SIMI VALLEY CA 93065 | | H | VALUE $    595,000.00<br>Home equity loan on premises located at<br>1387 Route 82<br>Hopewell Junction NY 12533 | 135,750.00 | 0.00 | |
| A/C #  710416571<br><br>HSBC BANK USA<br>PO BOX 5180<br>CAROL STREAM IL 60197 | | H | VALUE $    32,000.00<br>Car loan on 2003 Hummer H2; original<br>principal balance $60510, amortized over<br>5-years @ 4.9% | 33,108.00 | 0.00 | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |

|  |  |
|---|---|
| Subtotal -><br>(Total of this page) | 623,268.00 |
| Total -> | 623,268.00 |

_____ Continuation Sheets attached. (use only on last page of the completed Schedule D.)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.        (Report total also on Summary of Schedules)

**Form B6 E W (Rev 4/98)**

In re:  Krasnoperov, Igor
       Balachova, Eiguenia                    Debtor(s)   Case No.                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $4300 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extentprovided in 11 U.S.C. § 507(a)(3)

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4300 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $1950 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(7).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(8).

*Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO D E B T | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | C U D * |
|---|---|---|---|---|---|---|
| A/C # | | | | | | |
| A/C # | | | | | | |
| A/C # | | | | | | |

|  |  |
|---|---|
| Subtotal -> (Total of this page) | 0.00 |
| Total -> (use only on last page of the completed Schedule E.) | 72,712.00 |

_____ Continuation Sheets attached.

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.    (Report total also on Summary of Schedules)

FORM B6F(Official Form6F) (9/97)

In re: Krasnoperov, Igor _____ ,                    Case No. _____
                    Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent,place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns).

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ADIRONDACK LEASING ASSOC<br>620 WASHINGTON AVE<br>RENSSELAER NY 12144 | | J | Debt of Moving Up Moving & Storage Inc. for 2003 FL Freightliner personally guaranteed by debtors | | | | 26,064.00 |
| ACCOUNT NO.<br>CX70059<br>ADRIATIC INSURANCE CO<br>3501 NORTH CAUSEWAY BLVD<br>METAIRE LA 70002 | | H | Debt of Executve Van Lines | | | | 4,000.00 |
| ACCOUNT NO.<br>108500264<br>ALL POINTS CAPITAL<br>PO BOX 9066<br>HICKSVILLE NY 11801 | | J | Debt of Executive Van Lines for 2005 FL70, personally guaranteed by debtors | | | | 70,000.00 |
| ACCOUNT NO.<br>372716092801001<br>AMERICAN EXPRESS<br>PO BOX 297884<br>FT LAUDERDALE FL 33329 | | H | Debt of Rising Star Realty personally guaranteed by debtor | | | | 3,651.00 |
| ACCOUNT NO.<br>371551311911005<br>AMERICAN EXPRESS GOLD CARD<br>CUSTOMER SERVICE<br>PO BOX 297804<br>FT LAUDERDALE FL 33329-7815 | | H | Debt of Executive Moving Inc. personally guaranteed by debtor | | | | 52,271.00 |

|  |  |
|---|---|
| Subtotal | $ 155,986.00 |
| Total | $ |

_____ X _____ continuation sheets attached.

(Use only on last page of completed Schedule F.)

FORM B6F

Blumberg's Law Products

In re: Krasnoperov, Igor _____ , Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BAKER INTERNATIONAL INSUR<br>3501 FM 2181<br>STE 230<br>DENTON TX 76210 | | H | Debt of Executive Van Lines | | | | 1,000.00 |
| ACCOUNT NO. 4305500401150340<br>BANK OF AMERICA VISA<br>PO BOX 1390<br>NORFOLK VA 23501 | | H | June 2005 | | | | 15,090.00 |
| ACCOUNT NO. 371512562281001<br>BLUE FROM AMERICAN EXPRESS<br>CUSTOMER SERVICE<br>PO BOX 7863<br>FT LAUDERDALE FL 33329-7863 | | H | June 2005 | | | | 13,812.00 |
| ACCOUNT NO. 1887486<br>BRIDGECOM<br>PO BOX 9632<br>UNIONDALE NY 11555 | | H | Debt of Executive Moving & Storage | | | | 2,429.00 |
| ACCOUNT NO. 07882393417016<br>CABLEVISION<br>930 SOUNDVIEW AVENUE<br>BRONX NY 10473 | | H | Debt of Executive Van Lines | | | | 250.00 |
| ACCOUNT NO. 5291492089383521<br>CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130 | | H | June 2005 | | | | 7,350.00 |
| ACCOUNT NO. 4802132304946216<br>CAPITAL ONE PLATINUM<br>PO BOX 30285<br>SALT LAKE CITY UT 84130 | | H | Debt of Rising Star Realty, personally guaranteed by debtor | | | | 5,302.00 |

Subtotal   $   45,233.00

Total   $

__X__ continuation sheets attached.

(Use only on last page of completed Schedule F.)

FORM B6F

In re: Krasnoperov, Igor , Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5491040511501067 <br> CHASE <br> PO BOX 15298 <br> WILMINGTON DE 19850 | | W | June 2005 | | | | 9,146.00 |
| ACCOUNT NO. 4417168814138073 <br> CHASE <br> PO BOX 15298 <br> WILMINGTON DE 19850 | | H | July 2005 | | | | 12,312.00 |
| ACCOUNT NO. 5191042893384187 <br> CHASE <br> PO BOX 15298 <br> WILMINGTON DE 19886 | | H | May 2005 | | | | 15,664.00 |
| ACCOUNT NO. 5424180460041590 <br> CITIBANK / CCSI <br> CITI PLATINUM SELECT CARD <br> BANKRUPTCY DEPT <br> PO BOX 20487 <br> KANSAS CITY MO 64195-9904 | | J | June 2005 | | | | 21,565.00 |
| ACCOUNT NO. 5588378002252533 <br> CITIBANK / CCSI <br> CITIBUSINESS PLATINUM <br> BANKRUPTCY DEPT <br> PO BOX 20487 <br> KANSAS CITY MO 64195-9904 | | H | Debt of Moving Up Inc., personally guaranteed by debtor | | | | 11,678.00 |
| ACCOUNT NO. <br> CITIBANK NA <br> BOX C619 <br> BAY RIDGE STATION <br> BROOKLYN NY 11220 | | J | Loan to Moving Up Moving & Storage Inc., personally guaranteed by debtors | | | | 6,771.00 |
| ACCOUNT NO. 0031196774004/005 <br> DELL <br> ONE DELL WAY <br> ROUND ROCK TX 78682 | | J | Equipment rental for Moving Up Movig & Storage Inc., personally guaranteed by debtors | | | | 2,500.00 |

| | | |
|---|---|---|
| Subtotal | $ | 79,636.00 |
| Total | $ | |

X  continuation sheets attached.

(Use only on last page of completed Schedule F.)

FORM B6F

In re: Krasnoperov, Igor _____    Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6011002690649371 DISCOVER CARD PO BOX 15192 WILMINGTON DE 19886 | | W | June 2005 | | | | 7,984.00 |
| ACCOUNT NO. 6011002700612815 DISCOVER PLATINUM CARD PO BOX 15192 WILMINGTON DE 19850 | | H | May 2005 | | | | 9,856.00 |
| ACCOUNT NO.  EASTERN SEABOARD PACKAGING PO BOX 847183 BOSTON MA 02284 | | J | Debt of Moving Up Moving & Storage | | | | 4,048.00 |
| ACCOUNT NO.  EMERG PHYS SERVICES OF NY 2620 RIDGEWOOD ROAD AKRON OH 44313 | | H | Emergency Room services 6/19/2005 | | | | 271.00 |
| ACCOUNT NO. 33723123 EZ PASS SERVICE CENTER PO BOX 149002 STATEN ISLAND NY 10314 | | H | Debt of Executive Van Lines | | | | 500.00 |
| ACCOUNT NO. 287266006 FEDERAL EXPRESS 3640 HACKS CROSS ROAD MEMPHIS TN 38125-7302 | | H | Debt of Executive Moving & Storage | | | | 250.00 |
| ACCOUNT NO. 42201841 FIRST NIAGARA 6950 S TRANSIT ROAD PO BOX 514 LOCKPORT NY 14095 | | J | Debt of Moving Up Moving & Storage Inc. for 2003 FL70, personally guaranteed by debtors | | | | 35,000.00 |

| | | |
|---|---|---|
| Subtotal | $ | 57,909.00 |
| Total | $ | |

X  _____ continuation sheets attached.

(Use only on last page of completed Schedule F.)

FORM B6F

In re: Krasnoperov, Igor                                      Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 113915/333535<br>FIRST SIERRA FINANCIAL<br>150 S PINE ISLAND ROAD<br>SUITE 105<br>PLANTATION FL 33324 | | J | Personal Guaranty for Moving Up Moving & Storage  as assigned to Key Equipment Finance | | | | 22,089.00 |
| ACCOUNT NO.<br>FRONTIER COMMUNICATIONS<br>PO BOX 830030<br>BALTIMORE MD 21283 | | H | Debt of Moving Up Moving & Storage | | | | 2,000.00 |
| ACCOUNT NO.<br>FRONTIER COMMUNICATIONS<br>PO BOX 92789<br>ROCHESTER NY 14692 | | H | Debt of Executive Moving & Storage | | | | 200.00 |
| ACCOUNT NO. 4230101001<br>GE CAPITAL COLONIAL PACIFIC<br>PO BOX 642752<br>PITTSBURGH PA 15264 | | H | Debt of Moving Up Moving & Storage | | | | 8,000.00 |
| ACCOUNT NO. 6020521501254385<br>GE MONEY BANK<br>PO BOX 981438<br>EL PASO TX 79999 | | H | June 2005 | | | | 1,211.00 |
| ACCOUNT NO. 103900448016<br>GMAC<br>PO BOX 7041<br>TROY MI 48007 | | J | Debt of Moving Up & Moving & Storage | | | | 2,378.00 |
| ACCOUNT NO.<br>GUIDE COMMUNICATIONS<br>1511 ROUTE 22<br>BREWSTER NY 10509 | | H | Debt of Executive Van Lines | | | | 150.00 |

Subtotal $     36,028.00

Total $

X  continuation sheets attached.

(Use only on last page of completed Schedule F.)

In re: Krasnoperov, Igor _____     Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>INNOVATIVE MERCHANT SOLUTIONS<br>26520 AGOURA ROAD<br>CALABASAS CA 91302 | | H | Debt of Moving Up Moving & Storage | | | | 500.00 |
| ACCOUNT NO.<br>00010406897<br>INTEK<br>152 EAGLE ROCK AVENUE<br>ROSELAND NJ 07068 | | J | Debt of Executive Van Lines for lease of 2005 Freightliner M2106MD, personally guaranteed by debtors | | | | 70,000.00 |
| ACCOUNT NO.<br>683422<br>INTERNATIONAL MERCHANT SVCS<br>ONE LINCOLN CENTER<br>SUITE 200<br>OAKBROOK TERRACE IL 60181 | | H | Debt of Executive Moving & Storage; Executive Van Lines | | | | 500.00 |
| ACCOUNT NO.<br>1139151<br>KEY EQUIPMENT FINANCE<br>PO BOX 203901<br>HOUSTON TX 77216 | | H | Debt of Moving Up & Storage, personally guaranteed by debtors. | | | | 22,089.00 |
| ACCOUNT NO.<br><br>NATIONAL ARBITRATION FORUM<br>1700 WEST HIGHWAY 36<br>ROSEVILLE MN 55113 | | H | Debt of Executive Van Lines | | | | 1,000.00 |
| ACCOUNT NO.<br>462521111<br>NEXTEL COMMUNICATIONS<br>PO BOX 4181<br>CAROL STREAM IL 80197 | | H | Debt of Moving Up Moving & Storage | | | | 750.00 |
| ACCOUNT NO.<br>3-867308385<br>PITNEY BOWES<br>2225 AMERICAN DRIVE<br>NEEHAH WI 54956 | | H | Debt of Executive Van Lines | | | | 104.00 |

Subtotal $ 94,943.00

Total $

X continuation sheets attached.

(Use only on last page of completed Schedule F.)

FORM B6F

Blumberg's Law Products
FORM B6F
Established 1887
Blumberg

In re: Krasnoperov, Igor                                                                            Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4230101001 <br> PNC BANK <br> 500 FIRST AVENUE <br> PITTSBURGH PA 15219 | | W | Lease of equipment for Moving Up Moving & Storage, personally guaranteed by co-debtor | | | | 1,367.00 |
| ACCOUNT NO. 0425813599 <br> POLAND SPRING WATER <br> PO BOX 52271 <br> PHOENIZ AZ 85072 | | H | Debt of Executive Moving & Storage | | | | 150.00 |
| ACCOUNT NO. 1717448001 <br> PUTNAM HOSPITAL CENTER <br> PO BOX 5072 <br> WHITE PLAINS NY 10602 | | W | July 2005 | | | | 250.00 |
| ACCOUNT NO. PC 18BB <br> SAFEGUARD BUSINESS SYSTEMS <br> PO BOX 1749 <br> FORT WASHINGTON PA 19034 | | H | Debt of Executive Van Lines | | | | 100.00 |
| ACCOUNT NO. 5121071779454804 <br> SEARS <br> BANKRUPTCY RECOVERY SVCS INC <br> 7920 NW 110TH STREET <br> KANSAS CITY MO 64153-1270 | | W | June 2005 | | | | 14,398.00 |
| ACCOUNT NO. 5121071779454804 <br> SEARS <br> BANKRUPTCY RECOVERY SVCS INC <br> 7920 NW 110TH STREET <br> KANSAS CITY MO 64153-1270 | | H | June 2005 | | | | 8,312.00 |
| ACCOUNT NO. <br> SHIELD INSURANCE BROKERAGE <br> 847 ANNADALE ROAD <br> STATEN ISLAND NY 10312 | | H | Debt of Executive Moving & Storage | | | | 2,500.00 |

|  | Subtotal | $ 27,077.00 |
|---|---|---|
|  | Total | $ |

X  continuation sheets attached.

(Use only on last page of completed Schedule F.)

FORM B6F

In re: __Krasnoperov, Igor_____,   Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6751 <br> SIGNATURE PRESS INC <br> PO BOX 2509 <br> PEEKSKILL NY 10566 | | H | Debt of Executive Moving & Storage | | | | 625.00 |
| ACCOUNT NO. <br> SNET INFORMATION SERVICES <br> C/O JASON G DEGENARO ESQ <br> 652 BOSTON POST ROAD <br> UNIT 12 <br> GUILFORD CT 06437 | | H | Debto of Moving Up Moving & Storage, personally guaranteed by debtor | | | | 1,000.00 |
| ACCOUNT NO. <br> SOVEREIGN BANK <br> PO BOX 13098 <br> READING PA 19612 | | J | Debt of Executive Van Lines for 2000 FL 70, personally guaranteed by debtors | | | | 25,000.00 |
| ACCOUNT NO. 462521111 <br> SPRINT <br> PO BOX 541029 <br> LOS ANGELES CA 90054 | | H | Debt of Moving Up Moving & Storage | | | | 958.00 |
| ACCOUNT NO. 365048353 <br> SPRINT <br> PO BOX 88026 <br> CHICAGO IL 60680 | | H | Debt of Executive Van Lines | | | | 250.00 |
| ACCOUNT NO. W12853792 <br> STATE INSURANCE FUND <br> PO BOX 5381 GPO <br> NEW YORK NY 10087 | | J | Debt of Moving Up Moving & Storage | | | | 5,000.00 |
| ACCOUNT NO. 8882581668 <br> THE BERRY CO <br> PO BOX 710298 <br> CINCINNATI OH 45271-0298 | | H | Debt of Moving Up Moving & Storage | | | | 3,000.00 |

Subtotal $ 35,833.00

Total $

___X___ continuation sheets attached.

(Use only on last page of completed Schedule F.)

In re: Krasnoperov, Igor _____ , Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 190909 <br> TRANSWESTERN PUBLISHING <br> 8244 CLAIREMONT MESA BLVD <br> SAN DIEGO CA 9211 | | H | Debt of Moving Up Moving & Storage; Executive Van Lines | | | | 30,000.00 |
| ACCOUNT NO. <br> TRIAD FREIGHTLINER <br> OF GREENSBORO <br> 6420 BURNT POPLAR ROAD <br> GREENSBORO NC 27409 | | H | Debt of Executive Van Lines | | | | 1,000.00 |
| ACCOUNT NO. <br> VANLINER INSURANCE CO <br> ONE UNITED DRIVE <br> FENTON MO 63026 | | H | Debt of Moving Up Moving & Storage | | | | 3,000.00 |
| ACCOUNT NO. <br> VERIZON <br> PO BOX 15124 <br> ALBANY NY 12212 | | H | Debt of Executive Van Lines; Executive Moving & Storage | | | | 7,500.00 |
| ACCOUNT NO. 1004560229 <br> VERIZON <br> PO BOX 64809 <br> BALTIMORE MD 21264 | | H | Debt of Executive Moving & Storage | | | | 7,183.00 |
| ACCOUNT NO. 415926 <br> VERIZON DIRECTORIES CORP <br> C/O JOEL S STUTTMAN PC <br> 303 OLD TARRYTOWN ROAD <br> WHITE PLAINS NY 10603 | | H | Debt of Executive Moving & Storage | | | | 25,973.00 |
| ACCOUNT NO. <br> WEICHERT FINANCIAL SERVICES <br> 225 LITTLETON ROAD <br> MORRIS PLAINS NJ 07950 | | H | Debt of Executive Van Lines | | | | 500.00 |

|  |  |
|---|---|
| Subtotal | $ 75,156.00 |
| Total | $ |
| | (Use only on last page of completed Schedule F.) |

X continuation sheets attached.

FORM B6F

In re: <u>Krasnoperov, Igor</u> _____,    Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WESTCHESTER INDUSTRIAL COMPLEX<br>3199 ALBANY POST ROAD<br>BUCHANAN NY 10511 | | J | Commercial Lease for 199 Albany Post Road, Buchanan NY, for Moving Up Moving & Storage, personally guaranteed by debtors | | | | 1,000.00 |
| ACCOUNT NO. 9924124<br><br>WVT COMMUNICATIONS<br>PO BOX 592<br>WARWICK NY 10990-0592 | | W | Debt of Executive Van Lines | | | | 2,000.00 |
| ACCOUNT NO. 009689<br><br>YELLOW BOOK<br>193 EAB PLAZA<br>UNIONDALE NY 11556-0196 | | J | Debt of Moving Up Moving & Storage; Executive Moving & Storage, personally guaranteed by debtor | | | | 9,467.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

| | | |
|---|---|---|
| Subtotal | $ | 12,467.00 |
| Total | $ | 620,268.00 |

_____ continuation sheets attached.    (Use only on last page of completed Schedule F.)

**Form B6 G W (11-95)**

In re: Krasnoperov, Igor
Balachova, Eiguenia

Debtor(s)   Case No.   (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| JAGUAR CREDIT<br>PO BOX 55000<br>DETROIT MI 48255 | Rising Star Realty and Igor Krasnoperov co-leasees of 2005 Jaguar @ $593.51 per month for 39 months beginning 3/29/05 |

**Blumberg's Law Products**
*Established 1887*

**Form B6 H W (11-95)**

In | Krasnoperov, Igor
re: | Balachova, Eiguenia

Debtor(s)   Case No.                    (if known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Form B6 I W (11-95)

In re: Krasnoperov, Igor
Balachova, Eiguenia          Debtor(s)  Case No.                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| DEPENDENTS OF DEBTOR AND SPOUSE | | | |
|---|---|---|---|
| Debtor's Marital Status | NAMES | AGE | RELATIONSHIP |
| Married | E | 12 | daughter |

| Employment | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Real estate agent | Homemaker |
| Name of Employer | Rising Star Realty Inc. | |
| How long employed | 3 years | |
| Address of Employer | 3199 Albany Post Road Buchanan NY 10511 | |

Income: (Estimate of average monthly income) _____

| | | | |
|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ | 10,000.00 | $ 0.00 |
| Estimate monthly overtime | | 0.00 | 0.00 |
| SUBTOTAL | $ | 10,000.00 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | 2,300.00 | 0.00 |
| b. Insurance | | 0.00 | 0.00 |
| c. Union dues | | 0.00 | 0.00 |
| d. Other (Specify) | | 0.00 | |
| | | 0.00 | 0.00 |
| | | 0.00 | 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 2,300.00 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | | 7,700.00 | $ 0.00 |
| | | | |
| Regular income from operation of business or profession or farm | | | |
| (attach detailed statement) | | 0.00 | 0.00 |
| Income from real property | | 0.00 | 0.00 |
| Interest and dividends | | 0.00 | 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's | | | |
| use or that of dependents listed above. | | 0.00 | 0.00 |
| Social security or other government assistance (Specify) | | 0.00 | 0.00 |
| | | 0.00 | 0.00 |
| | | 0.00 | 0.00 |
| Pension or retirement income | | 0.00 | 0.00 |
| Other monthly income (Specify) | | | |
| | | 0.00 | 0.00 |
| | | 0.00 | 0.00 |
| | | 0.00 | 0.00 |
| TOTAL MONTHLY INCOME | $ | 7,700.00 | $ 0.00 |

TOTAL COMBINED MONTHLY INCOME    $       7,700.00    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Form B6 J W (11-95)

In
re:    Krasnoperov, Igor
       Balachova, Eiguenia                    Debtor(s)    Case No.                    (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---:|
| Rent or home mortgage payment  (include lot rented for mobile home) | $      4,264.00 |
| Are real estate taxes included? ☒ Yes  ☐ No    Is property insurance included? ☒ Yes  ☐ No | |
| Utilities  Electricity and Heating Fuel | 275.00 |
|     Water and Sewer | 0.00 |
|     Telephone | 125.00 |
|     Other  Satellite | 60.00 |
| | 0.00 |
| | 0.00 |
| Home maintenance (repairs and upkeep) | 0.00 |
| Food | 600.00 |
| Clothing | 250.00 |
| Laundry and dry cleaning | 75.00 |
| Medical and dental expenses | 100.00 |
| Transportation (not including car payments) | 300.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | 100.00 |
| Charitable contributions | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|     Homeowner's or renter's | 0.00 |
|     Life | 686.00 |
|     Health | 0.00 |
|     Auto | 263.00 |
|     Other | 0.00 |
| | 0.00 |
| | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | 0.00 |
| (Specify) | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | $ |
|     Auto | $      593.00 |
|     Other | 0.00 |
| | 0.00 |
| | 0.00 |
| | 0.00 |
| Alimony, maintenance, and support paid to others | 0.00 |
| Payments for support of additional dependents not living at your home | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | 0.00 |
| Other  Personal Grooming | 75.00 |
|     Daughter's Schl Expenses | 250.00 |
| | 0.00 |
| | 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $      8,016.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A. Total projected monthly income | 0.00 |
| B. Total projected monthly expenses | 0.00 |
| C. Excess income (A minus B) | $      0.00 |
| D. Total amount to be paid into plan each | $      0.00 |
|     (Interval) | |

Form B6 Cont. W (11-95)

In re: Krasnoperov, Igor
     Balachova, Eiguenia
                                        Debtor(s) Case No.                (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ 26 _____ sheets, and
that they are true and correct to the best of my knowledge, information, and belief.
                                        (Total shown on summary page plus 1.)

Date  10/5/05                  Signature s/Igor Krasnoperov
                                   Krasnoperov, Igor         Debtor

Date  10/5/05                  Signature s/Eiguenia Balachova
                                   Balachova, Eiguenia   (Joint Debtor, if any)
                                   (if joint case, both spouses must sign.)

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have
provided the debtor with a copy of this document.

_____     _____
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security Number

_____
Address

Names and Social Security numbers of all other Individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets confirming to the appropriate Official Form for each person.

X s/Jeffrey M. Rosenblum          _____
Signature of Bankruptcy Petition Preparer             Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines
or imprisonment or both.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation
or a member or an authorized agent of the partnership) of the _____(corporation or partnership)
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____ 26 _____sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date  _____           Signature_____

                                      (Print or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years
or both. 18 U.S.C. § 152 and 3571.

Form 7W Stmt. of Financial Affairs (12-95)

# STATEMENT OF FINANCIAL AFFAIRS

### UNITED STATES BANKRUPTCY COURT

Southern **DISTRICT OF** New York

In re: Krasnoperov, Igor
        Balachova, Eiguenia

Debtor(s)   Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business with in the last 6 years, as defined below, also must complete Questions the answer to any question is "None" or the question is not applicable, mark the box labeled "None". If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates or the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(30).

---

NONE

|   |   |
|---|---|

## 1. INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCES |
|---|---|
| 3,000.00 | Jan - Sept. 2005<br>Rising Star Realty & Property Management, Inc. |
| 18,750.00 | Jan. - Sept. 2005<br>Executive Moving & Storage, Inc. |
| 45,500.00 | 2004 - Executive Moving & Storage, Inc. |
| 88,000.00 | 2003 - Executive Moving & Storage, Inc. |

NONE

| **2. INCOME OTHER THAN FROM EMPLOYMENT OR OPERATION OF BUSINESS**

State the amount of income received by the debtor other than employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCES |
|--------|---------|
| 65,340.00 | 2004 - Net income from sale of 10 Spring Street, Wappingers Falls, NY |
| 14,640.00 | 2003- Gross rents - 10 Spring Street, Wappingers Falls NY |

NONE

|X| **3A. PAYMENTS TO CREDITORS**

List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

|X| **3B. PAYMENTS TO CREDITORS**

List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

| **4A. SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTION, GARNISHMENTS AND ATTACHMENTS**

List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT AND LOCATION | STATUS OR DISPOSITION |
|--------------------------------|----------------------|--------------------|-----------------------|
| SNET INFORMATION SERVICES v. Igor Krasnoperov, Moving Up Moving & Storage, Index No. CV-05-4008757-S | Debt Collection | State of Connecticut Superior Court, New Haven | Judgment |

NONE

|X| **4B. SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTION, GARNISHMENTS AND ATTACHMENTS**

Describe all property that has been attached, garnished, or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

|X| **5. REPOSSESSIONS, FORECLOSURES, AND RETURNS**

List all property that has been repossessed by a creditor, sold at foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

|X| **6A. ASSIGNMENTS AND RECEIVERSHIPS**

Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

|X| **6B. ASSIGNMENTS AND RECEIVERSHIPS**

List all property which has been in the hands of a custodian, receiver, or court appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

|X| **7. GIFTS**

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

|X| **8. LOSSES**

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

| | **9. PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Jeffrey M Rosenblum PC 98 Cutter Mill Road Great Neck NY 11021 | | Legal Fee - $3500.00 Filing Fee - $209.00 |

NONE
|X| **10. OTHER TRANSFERS**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
|X| **11. CLOSED FINANCIAL ACCOUNTS**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, saving, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
|X| **12. SAFE DEPOSIT BOX**

List each safe deposit or other box or depository in which the debt has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
|X| **13. SETOFFS**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
|X| **14. PROPERTY HELD FOR ANOTHER PERSON**

List all property owned by another person that the debtor holds or controls.

NONE
|X| **15. PRIOR ADDRESS OF DEBTOR**

If the debtor has moved within two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

NONE
|X| **16. SPOUSES AND FORMER SPOUSES**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides with the debtor in the community property state.

NONE

|X| **17A. ENVIRONMENTAL INFORMATION**

List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

NONE

|X| **17B. ENVIRONMENTAL INFORMATION**

List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

NONE

|X| **17C. ENVIRONMENTAL INFORMATION**

List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NONE

| | **18A. NATURE, LOCATION, AND NAME OF BUSINESS**

If the debtor is an individual, list the names, addresses, taxpayer indentification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER ID NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Executive Van Lines, Inc. | 32-0085529 | 197 Albany Post Rd Buchanan NY | Moving & Storage | 6/03-continuing |
| Executive Moving & Storage, Inc. | 32-0085530 | 197 Albany Post Rd Buchanan, NY | Moving & Storage | 6/03-continuing |
| Rising Star Realty & Property Management , Inc. | 13-4200777 | 197 Albany Post Rd Buchanan, NY 10511 | Property sales and management | 1/04 -continuing |

**18A. NATURE, LOCATION, AND NAME OF BUSINESS**

| NAME | TAXPAYER ID NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|--------------------|---------|--------------------|-----------------------------|
| Moving Up Moving and Storage Inc. | | 197 Albany Post Rd Buchanan, NY 10511 | Moving & Storage | Dissolved 2003 |

NONE

|X| **18B. NATURE, LOCATION, AND NAME OF BUSINESS**

Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. Sec. 101.

NONE

| | **19A. BOOKS, RECORDS, AND FINANCIAL STATEMENTS**

List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME ADDRESS | DATES SERVICES RENDERED |
|--------------|-------------------------|
| Bell & Leggio LLC 54 Wheeler Avenue Pleasantville, NY 10570 | 1/03 - continuing |

NONE

|X| **19B. BOOKS, RECORDS, AND FINANCIAL STATEMENTS**

List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NONE

| | **19C. BOOKS, RECORDS, AND FINANCIAL STATEMENTS**

List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| Bell & Leggio LLC | 54 Wheeler Avenue Pleasantville NY 10570 |

NONE

|X| **19D. BOOKS, RECORDS, AND FINANCIAL STATEMENTS**

List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within two years preceding the commencement of this case by the debtor.

NONE

|X| **20A. INVENTORIES**

List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

NONE

|X| **20B. INVENTORIES**

List the name and address of the person having possession of the records of each of the two inventories report in a., above.

NONE

|X| **21A. CURRENT PARTNERS, OFFICERS, DIRECTORS AND SHAREHOLDERS**

If the debtor is a partnership, list the nature and percentage of the partnership interest of each member of the partnership.

NONE

|X| **21B. CURRENT PARTNERS, OFFICERS, DIRECTORS AND SHAREHOLDERS**

If debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

NONE

|X| **22A. FORMER PARTNERS, OFFICERS, DIRECTORS AND SHAREHOLDERS**

If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

NONE

|X| **22B. FORMER PARTNERS, OFFICERS, DIRECTORS AND SHAREHOLDERS**

If the debtor is a corporation, list all officers or directors whose relationship with the company terminated within one year immediately preceding the commencement of this case.

NONE

|X| **23. WITHDRAWALS FROM A PARTNERSHIP OR DISTRIBUTIONS BY A CORPORATION**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

NONE

|X| **24. TAX CONSOLIDATION GROUP**

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of this case.

NONE

|X| **25. PENSION FUNDS**

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of this case.

**Unsworn Declaration SFA**
W (11-95)

In re:   Krasnoperov, Igor
         Balachova, Eiguenia

                                          Debtor(s)   Case No.                    (if known)

# DECLARATION CONCERNING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS

### DECLARATION UNDER PENALTY OF PERJURY

(If  completed by an individual or individual and spouse) I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date  10/5/05                    Signature  s/Igor Krasnoperov
                                            Krasnoperov, Igor          Debtor


Date  10/5/05                    Signature  s/Eiguenia Balachova
                                            Balachova, Eiguenia   (Joint Debtor, if any)
                                 (if joint case, both spouses must sign.)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

    I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.


_____        _____
    Printed or Typed Name of Bankruptcy Petition Preparer        Social Security Number

_____
    Address

Names and Social Security numbers of all other Individuals who prepared or assisted in preparing this document:




If more than one person prepared this document, attach additional signed sheets confirming to the appropriate Official Form for each person.
X_____        _____
    Signature of Bankruptcy Petition Preparer        Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the _____ (the president or other officer or an authorized agent of the corporation or a

member or an authorized agent of the partnership) of the _____(corporation or partnership)

named as debtor in this case, declare under penalty of perjury that I have read the foregoing statement of financial affaris, consisting of

_____sheets, and that they are true and correct to the best of my knowledge, information, and belief.
          Continuation sheets attached


Date                              Signature_____


                                          (Print or type name of individual signing on behalf of debtor.)
          (An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

PENALTY FOR MAKING A FALSE STATEMENT OR CONCEALING PROPERTY:
Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.

Blumberg's

Form B8 (Official Form8) (9 /97)

# Form 8. INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**UNITED STATES BANKRUPTCY COURT**                    Southern **DISTRICT OF** New York

In
re:
Krasnoperov, Igor
Balachova, Eiguenia

Debtor(s)    Case No.                    (if known)
            Chapter    7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

    *a. Property to Be Surrendered.*

    **Description of property**                    **Creditor's name**

    *b. Property to Be Retained.*                    *[Check any applicable statement.]*

| Description of Property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| Real Property on Schedule A | | X | | |
| Personal Property on Schedule B | | X | | |
| Life Insurance on Schedule B | | X | | |
| IRA on Schedule B | | X | | |
| Automobile on Schedule B | | X | | |

Date:  10/5/05

s/Igor Krasnoperov
Krasnoperov, Igor Signature of Debtor

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. § 110)**

    I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____                    _____
Printed or Typed Name of Bankruptcy Petition Preparer                    Social Security No.

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____                    _____
Signature of Bankruptcy Petition Preparer                    Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

Blumberg's Law Products

**3085W Stmt of Comp.:
Rule 2016(b) (12-95)**

# UNITED STATES BANKRUPTCY COURT    Southern **DISTRICT OF**    New York

In re: Krasnoperov, Igor
Balachova, Eiguenia

Debtor(s)   Case No.                    (if known)

## STATEMENT

**Pursuant to Rule 2016(b)**

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1)  The undersigned is the attorney for the debtor(s) in this Case.

(2)  The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:

    (a)  for legal services rendered or to be rendered in comtemplation of and in connection
        with this case                                                                                                         $           3,500.00
    (b)  prior to filing this statement, debtor(s) have paid                                            $           3,500.00
    (c)  the unpaid balance due and payable is                                                           $                  0.00

(3)  $          209.00          of the filing fee in this case has been paid.

(4)  The services rendered or to be rendered include the following:

    (a)    analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a
        petition under title 11 of the United States Code.

    (b)    preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.

    (c)    representation of the debtor(s) at the meeting of creditors.

(5)  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services
    performed, and

(6)  The source of payments made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from
    earnings, wages and compensation for services performed, and

(7)  The undersigned has received no transfer, assignment or pledge of property except the following for the value stated:

(8)  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm,
    any compensation paid or to be paid except as follows:

s/Jeffrey M. Rosenblum

**Dated:**    10/5/05          **Respectfully submitted,** Jeffrey M. Rosenblum          **Attorney for Petitioner**

**Attorney's name and address**    Jeffrey M Rosenblum, PC, 98 CutterMill Rd., Great Neck NY 11021

3092 - Verification of Creditor Matrix. 12/95

# UNITED STATES BANKRUPTCY COURT

Southern  **DISTRICT OF**  New York

In re:  Krasnoperov, Igor
      Balachova, Eiguenia

Case No.

Debtor(s)

Chapter    7

# VERIFICATION OF CREDITOR MATRIX

The above-named debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Dated: _10/5/05_____

Debtor _s/Igor Krasnoperov_____
      Krasnoperov, Igor

Debtor _s/Eiguenia Balachova_____
      Balachova, Eiguenia



## Case No.

# United States Bankruptcy Court

Southern **DISTRICT OF**   New York

**In re**   Krasnoperov, Igor
         Balachova, Eiguenia                                    Debtor

# Chapter  7

Soc. Sec. No(s).  \*\*\*-\*\*-2107      \*\*\*-\*\*-0854                    and all

Employer's Tax Identification No(s). (if any)

# Petition, Schedules and
# Statement of Financial Affairs

Jeffrey M. Rosenblum
Jeffrey M. Rosenblum, P.C.

*Attorney(s) for Petitioner*
*Office & Post Office Address & Telephone Number*

98 Cutter Mill Road, Suite 384N
Great Neck, New York 11021-3066
516-829-4700

## REFERRED TO

_____

_____
                                        Clerk
_____
            Date